No. 70–143.  SHAMES ET AL. *v.* NEBRASKA ET AL.  Appeal from D. C. Neb.  Judgment affirmed.  MR. JUSTICE DOUGLAS would note probable jurisdiction.

No. 71–1063.  CAREY *v.* ELROD ET AL.  Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS would note probable jurisdiction.

No. 71–1093.  WESTENT, INC. *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL.  Appeal from Ct. App. Cal., 1st App. Dist. dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS would note probable jurisdiction.

No. 71–5302.  CAULK ET UX. *v.* NICHOLS, JUDGE.  Appeal from Sup. Ct. Del. dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS would note probable jurisdiction.